IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| -VS- | * | INDICTMENT NO.:   CR219-43 |
| | * | |
| MARQUISE LITTLE | * | |

**AFFIDAVIT OF MARQUISE LITTLE**

**PERSONALLY APPEARED** before me, an officer duly authorized to administer oaths, **MARQUISE LITTLE**, who after being duly sworn, states the following:

-1-

I can competently testify in all respects to the matters set forth herein.

-2-

I base the facts contained herein on my own personal knowledge.

-3-

On March 28, 2019 I logged onto the site "Whisper."

-4-

Whisper is a site for adults.

-5-

Whisper is not a site for children.

-6-

I logged onto Whisper and sought to meet an adult female.

-7-

I have met people on other adult sites before.

-8-

I met my ex-wife online.

-9-

I met my ex-wife on the adult site, "Meet Me."

-10-

While on Whisper, I saw a profile of an adult female aged thirty-six to thirty-nine.

-11-

I contacted on the internet the person behind the profile.

-12-

At some point the person behind the profile claimed to be age fourteen.

-13-

I did not believe this.

-14-

There were several reasons that led me to believe that I was communicating with an adult woman.

-15-

For one reason, the person sent me a photo.

-16-

The photo was obviously fake.

-17-

In my experience, many people misrepresent themselves on the internet.

-18-

People will post fake photos and descriptions of themselves.

-19-

I also believed the other person an adult because this person said alleged that their family planned to leave town for a week and this person home alone for a week.

-20-

No one would leave a fourteen-year-old at home alone for a week.

-21-

One can create whatever persona they desire to create.

-22-

Since many times the persons will never meet, people remain free to exaggerate about themselves.

-23-

If I believed the person was actually a child, I would not have continued the conversation.

-24-

Since I knew that no one would leave a fourteen-year-old at home alone for a week and the photo was obviously fake, my curiosity was raised about this person.

-25-

The police stopped me on either Yellow Bluff Trail or Crane Island Circle, both cul de sacs in St. Marys, Camden County, Georgia.

-26-

Yellow Bluff Trail lay approximately .2 of a mile from the nearest railroad tracks.

-27-

Crane Island Circle lay approximately .4 of a mile from the nearest railroad tracks.

-28-

Seaire Court was approximately .5 of a mile from Crane Island Circle and .7 of a mile from Yellow Bluff Trail.

-29-

The police claimed that I traveled to 208 Seaire Court to engage in sex with a child.

-30-

This is untrue.

-31-

I did not travel on my own to 208 Seaire Court.

-32-

The police took me to 208 Seaire Court after the police arrested me.

-33-

Seaire Court lay approximately .9 of a mile from the railroad tracks.

-34-

The police alleged that the person behind the profile was to meet me at some railroad tracks.

-35-

The police did not stop me at any railroad tracks.

-36-

The police did not arrest me at any railroad tracks.

-37-

I did not stop at any railroad tracks.

-38-

The police did not arrest me at 208 Seaire Court.

-39-

I traveled the routes and observed all the measurement of distances of all the above locations.

-40-

I feel like the Government's internet lying has "Catfished" me.

-41-

Wikipedia describes "Catfish" as "an American reality-based documentary television series airing on MTV about the truths and lies of online dating."

-42-

I make this affidavit under the authority of *Simmons v. United States*, 390 U.S. 377 (1968).

This 23rd day of October, 2019.

_____
MARQUISE LITTLE
Affiant

Sworn and subscribed before me
This 23rd day of October, 2019.

_____
NOTARY PUBLIC

My Commission Expires: 06/23/2023

C:\WPDOCS\CRIMINAL\CAP\FEDERAL\A-L\2019\LITTLE-M.CAP\M-Z\MOTIONS\LITTLE\A-L\MARQUISE LITTLE'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION THE GOVERNMENT'S RESPONSE IN OPPOSITION TO MARQUISE LITTLE'S AMENDED MOTION TO SUPPRESS/DOC-33).CLR-AFFIDAVIT OF MARQUISE

Page 5 of 6