## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 8:23 am, Dec 09, 2019

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 219-cr-43

MARQUISE LITTLE,

        Defendant.

### <u>ORDER</u>

Defendant Marquise Little has informed the Court, ex parte, of an issue that requires time to resolve.  Defendant is required to file an ex parte status report concerning the issue with the Court on or before December 23, 2019.[1]  The Court **ORDERS** that the period of time between November 21, 2019 (the date of Defendant's Ex Parte Notice to the Court), and December 23, 2019 (the date the Defendant is required to file an Ex Parte Status Report), be excluded under the Speedy Trial Act.  The Court finds that the ends of justice in granting this Speedy Trial clock toll period in this case outweigh the best interest of the public and defendant in a speedy trial.  The ends of justice served by the granting of such exclusion time outweigh the best interests of the public and the Defendant in a speedy trial.

      **SO ORDERED**, this 9th day of December, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]     An additional ex parte order, providing additional instructions to Defendant, is being filed contemporaneous with this order.