# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR219-43 |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUISE LITTLE | ) | |

## ORDER

This case is currently scheduled for Trial on May 26, 2020. Defense has filed a motion to continue the trial in order to resolve ex parte issues. The Government does not oppose this motion. The Trial previously scheduled for May 26, 2020 is continued until July 7, 2020. The Court finds that the brief continuance is not for purposes of unnecessary delay and is in the interests of justice. In addition to the motion to continue by defense, the COVID-19 national emergency necessitates social distancing and avoidance of any gatherings of more than 10 people. Convening a jury on May 26, 2020 would be dangerous. Additionally, witness attendance, preparation and travel would be compromised. After considering the factors set forth in 18 U.S.C. § 3161(h)(7) and finding just cause, any additional time necessitated by the brief continuance will be excludable under the Speedy Trial Act.

So ORDERED, this  11th  day of May, 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1