# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
___ DIV.
PM 3: 23
CLERK _C. Robinson_
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * CASE NO.: 2:19-cr-43 |
| | * |
| v. | * |
| | * |
| MARQUISE LITTLE, | * |
| | * |
| | * |

## ORDER

The Magistrate Judge issued a Report and Recommendation in this matter, dkt. no. 75, recommending denial of Defendant's Motion to Suppress, dkt. nos. 33, 44, and Defendant's Motion to Declare 18 U.S.C. § 2422 (b) Unconstitutional, dkt. no. 45. Additionally, the Magistrate Judge denied, by Order, dkt. no. 75, Defendant's Motion for <u>Delaware v. Franks</u> Hearing, dkt. no. 46.

Defendant filed Objections to the Magistrate Judge's Report and Recommendation, dkt. no. 111. The Government filed a Response to Defendant's Objections, dkt. no. 117, and Defendant filed a Reply in support of his Objections, dkt. no. 123. The Court has conducted an independent and de novo review of the record and has read and considered the Magistrate Judge's Report and Recommendation, Defendant's Objections, the Government's Response,

and Defendant's Reply. Defendant's Objections are without merit. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **OVERRULES** Defendant's Objections, and **DENIES** Defendant's Motion in to Suppress, dkt. nos. 33, 44, and **DENIES** Defendant's Motion to Declare 18 U.S.C. § 2422(b) Unconstitutional, dkt. no. 45.

Defendant also objected to the Magistrate Judge's Order denying Defendant's Motion for Delaware v. Franks Hearing. Dkt. No. 111. A district judge must consider a party's objections to a magistrate judge's order on a pretrial matter. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Crim. P. 59(a). However, the district judge may modify or set aside that order, and reconsider the pretrial matter, only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Crim. P. 59(a). Therefore, the Court **OVERRULES** Defendant's Objections. The Magistrate Judge's Order denying Defendant's Motion for Delaware v. Franks Hearing remains the Order of the Court.[1]

---

[1] While the Magistrate Judge ruled on Defendant's Motion for Delaware v. Franks Hearing as a nondispositive matter under 28 U.S.C. § 636(b)(1)(A), and the Court has reviewed Magistrate Judge's ruling under that standard, the Court would reach the same conclusion if the matter were treated as a dispositive matter under § 636(b)(1)(B). As noted above, the Court has conducted an independent and de novo review of the record, and has considered Defendant's Objections. Having conducted that review, the Court would reach the same conclusion as the Magistrate Judge, namely denying Defendant's Motion for Delaware v. Franks Hearing.

SO ORDERED, this 14 day of May, 2020.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA