FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:31 pm, Jun 01, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *   CASE NO.: 2:19-cr-43 |
| | * |
| v. | * |
| | * |
| MARQUISE LITTLE, | * |
| | * |
| | * |

### ORDER

The Magistrate Judge issued a Report and Recommendation, dkt. no. 130, recommending denial of Defendant's Motion to Dismiss Superseding Indictment, dkt. no. 110. Defendant filed Objections to the Magistrate Judge's Report and Recommendation on May 26, 2020. Dkt. No. 141. The Court has conducted an independent and de novo review of the record and has read and considered the Magistrate Judge's Report and Recommendation and Defendant's Objections. Defendant's Objections are without merit. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **OVERRULES** Defendant's Objections, and **DENIES** Defendant's Motion to Dismiss Superseding Indictment, dkt. no. 110.

**SO ORDERED**, this __1__ day of ___June___, 2020.

_____
LISA GODBEY WOOD, ~~JUDGE~~
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA