FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:25 pm, Jun 15, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR219-43 |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUISE LITTLE | ) | |

## ORDER

This case is currently scheduled for Trial on July 7, 2020. The Trial previously scheduled for July 7, 2020 is continued until July 28, 2020. The Court finds that the brief continuance is not for purposes of unnecessary delay and is in the interests of justice. Specifically, the COVID-19 national emergency necessitates social distancing and avoidance of any gatherings of more than 10 people. Convening a jury on July 7, 2020 would be dangerous. Additionally, witness attendance, preparation and travel would be compromised. After considering the factors set forth in 18 U.S.C. § 3161(h)(7) and finding just cause, any additional time necessitated by the brief continuance will be excludable under the Speedy Trial Act.

So ORDERED, this __15th__ day of June, 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA