FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 1:50 pm, Jul 15, 2020*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR219-43 |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUISE LITTLE | ) | |

## ORDER

This case is currently scheduled for a jury trial on July 28, 2020. The jury trial is continued until September 22, 2020. The Court finds that the brief continuance is not for purposes of unnecessary delay and is in the interests of justice. Specifically, the COVID-19 national emergency necessitates social distancing and places certain individuals at greater heath risks. Convening a jury on July 28, 2020 would be dangerous. Additionally, witness attendance, preparation and travel would be compromised. After considering the factors set forth in 18 U.S.C. § 3161(h)(7) and finding just cause, any additional time necessitated by the brief continuance will be excludable under the Speedy Trial Act.

So ORDERED, this __15__ day of July, 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA