IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:25 pm, Dec 11, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:19-cr-43 |
| MARQUISE LITTLE, | |
| Defendant. | |

**O R D E R**

Defendant had his Initial Appearance and Arraignment in this case on July 29, 2019.  At that time, the Court granted Defendant Marquise Little bond and issued an Order Setting Bond Conditions.  Doc. 11.  As part of the conditions set by the Court, doc. 11, the Court Ordered that Defendant not possess or use an electronic device with access to any on-line service at any location without prior written approval of the probation officer.  This prohibition included any access to any internet services.  The Court has this case down for a status conference on December 17, 2020 at 10:00 a.m. in the Brunswick Federal Courthouse, Courtroom 2.  On December 9, 2020, Defendant filed notice with the Court that he did not consent to the Status Conference being held by video conference because of his prohibition of possession of electronic devices with internet connection.  Doc. 177.  The Court hereby amends Defendant's bond restriction to allow Defendant access to an electronic device with internet connection solely for the purposes of being able to participate in the December 17, 2020 Status Conference by Video Conference rather than having to appear in person (should the Defendant choose to do so). These amended conditions are to allow Defendant to participate in this hearing by video conference in a one-time instance.  Aside from participating in the hearing on December 17,

2020, Defendant remains prohibited from possessing or using any electronic device with any internet access unless Ordered by the Court.  For the purposes of the Status Conference hearing, Defendant is permitted to possess and use an electronic device with internet connection, but only in the presence of his counsel, so as to appear by video for the Status Conference.  Defendant is permitted to travel to Brunswick, Georgia and participate in the hearing with his counsel at counsel's office, or Defendant's counsel can travel to where Defendant is located and participate with Defendant by video.

While this modification will allow Defendant to participate in the December 17, 2020 conference by video, he is not required to consent to appear by remote means.  Therefore, Defendant shall notify the Court by close of business on Tuesday, December 15, 2020 whether Defendant plans to participate by video conference or appear at the Status Conference in person.  If Defendant and Defense Counsel cannot make arrangements to appear together from one location so that Defendant is in the presence of his counsel for the hearing, Defendant and Defense Counsel will then be expected to appear at the hearing in person.

**SO ORDERED**, this 11th day of December, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA